# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| UNITED STATES OF AMERICA | § | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | § § § | |
| | § | Case Number: **1:20-CR-20155-FAM(4)** |
| **ALEJANDRO BOADA OLIVEROS** | § | USM Number: **28503-509** |
| | § § | Counsel for Defendant: **Humberto Rolando Dominguez** |
| | § | Counsel for United States: **Stephanie L Hauser** |

## THE DEFENDANT:

| ☒ | pleaded guilty to count(s) | 1, 14 |
|---|---|---|
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:1349.F Conspiracy To Commit Bank and Wire Fraud/18:1349.F | 05/30/2020 | 1 |
| 18:1028A.F Aggravated Identity Theft/18:1028A.F | 05/30/2020 | 14 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) 3 ☒ is ☐ are dismissed on the motion of the United States

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 18, 2021
Date of Imposition of Judgment

Signature of Judge

**FEDERICO A. MORENO**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

October 18, 2021
Date

DEFENDANT: ALEJANDRO BOADA OLIVEROS
CASE NUMBER: 1:20-CR-20155-FAM(4)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**46 MONTHS (22 months as to count 1; 24 months as to count 14 (Terms to run CONSECUTIVE).**

☒ The court makes the following recommendations to the Bureau of Prisons:
  BUTNER

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at ☐ a.m. ☐ p.m. on

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case                                        Judgment -- Page 3 of 7

DEFENDANT:          ALEJANDRO BOADA OLIVEROS
CASE NUMBER:        1:20-CR-20155-FAM(4)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **TWO (2) years terms to run concurrent.(Count 1-2 years; Count 14-1 year)**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case                                                   Judgment -- Page 4 of 7

DEFENDANT:         ALEJANDRO BOADA OLIVEROS
CASE NUMBER:       1:20-CR-20155-FAM(4)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case                                              Judgment -- Page 5 of 7

DEFENDANT:         ALEJANDRO BOADA OLIVEROS
CASE NUMBER:       1:20-CR-20155-FAM(4)

## SPECIAL CONDITIONS OF SUPERVISION

**Surrendering to Immigration for Removal After Imprisonment:** At the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings consistent with the Immigration and Nationality Act. If removed, the defendant shall not reenter the United States without the prior written permission of the Undersecretary for Border and Transportation Security. The term of supervised release shall be non-reporting while the defendant is residing outside the United States. If the defendant reenters the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Office within 72 hours of the defendant's arrival.

DEFENDANT: ALEJANDRO BOADA OLIVEROS
CASE NUMBER: 1:20-CR-20155-FAM(4)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $200.00 | $40,000.00 | $.00 | | |

☐ The determination of restitution is deferred until   An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the schedule of payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
☒ the interest requirement is waived for the   ☐ fine   ☒ restitution
☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

Restitution with Imprisonment - It is further ordered that the defendant shall pay restitution in the amount of **$40,000.00**. During the period of incarceration, payment shall be made as follows: (1) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 50% of wages earned toward the financial obligations imposed by this Judgment in a Criminal Case; (2) if the defendant does not work in a UNICOR job, then the defendant must pay a minimum of $25.00 per quarter toward the financial obligations imposed in this order. Upon release of incarceration, the defendant shall pay restitution at the rate of 10% of monthly gross earnings, until such time as the court may alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay. These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, 18 U.S.C. §2259.
** Justice for Victims of Trafficking Act of 2015, 18 U.S.C. §3014.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:        ALEJANDRO BOADA OLIVEROS
CASE NUMBER:      1:20-CR-20155-FAM(4)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**   ☒   Lump sum payments of $200.00 due immediately, balance due

**It is ordered that the Defendant shall pay to the United States a special assessment of $200.00 for Counts 1 and 14, which shall be due immediately.** Said special assessment shall be paid to the Clerk, U.S. District Court. Payment is to be addressed to:

**U.S. CLERK'S OFFICE
ATTN: FINANCIAL SECTION
400 NORTH MIAMI AVENUE, ROOM 8N09
MIAMI, FLORIDA 33128-7716**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several
    See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☒   The defendant shall forfeit the defendant's interest in the following property to the United States:
    **FORFEITURE of the defendant's right, title and interest in certain property is hereby ordered consistent with the plea agreement. The United States shall submit a proposed Order of Forfeiture within three days of this proceeding.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

BOADA OLIVEROS, Alejandro DOB: 07/21/1976 (45 yo M) Acc No. 21269 DOS: 10/05/2021



**Boada Oliveros, Alejandro**
45 Y old Male, DOB: 07/21/1976
Account Number: 21269
300 Ne 14th Ave , 207, Hallandale Beach, FL-33009
Home: 786-585-2239
Guarantor: Boada Oliveros, Alejandro
Insurance: AMBETTER Payer ID: 68069
PCP: Louis Fernandez, MD
Appointment Facility: Institute For Cardiovascular Disease Pa

10/05/2021  Progress Notes: Louis A. Fernandez, MD,FACC,FACP

### Current Medications
Taking
- amLODIPine Besylate 10 mg Tablet 1 tablet Orally Once a day
- Losartan Potassium 50 MG Tablet 1 tablet Orally Once a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Essential (primary) hypertension.
History of tobacco use.
Abnormal EKG.
Family history of diabetes mellitus.
Other obesity due to excess calories.
Body mass index (BMI) of 37.0-37.9 in adult.

### Surgical History
Denies Past Surgical History

### Family History
No Family History documented.

### Social History
Tobacco Use:
Tobacco Use/Smoking
   Are you a *nonsmoker*

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Hypertension/ Kendall Regional 01/2019
Left lung surgery/ Palmetto Hosp 05/2019

### Review of Systems

### Reason for Appointment
1. Angina

### History of Present Illness
Constitutional:
   Patient comes in today complaining of a left sided chest pressure which can awaken him from sleep, it is associated with palpitations and shortness of breath.

### Vital Signs
Temp 96.6 F, HR 68 /min, BP 150/100 mm Hg, Wt 276 lbs, BMI 40.75 Index, Ht 69 in, RR 18 /min, Ht-cm 175.26 cm, Wt-kg 125.19 kg.

### Examination
General Examination:
   GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
   HEAD: normocephalic, atraumatic.
   EYES: extraocular movement intact (EOMI), pupils equal, round, reactive to light and accommodation.
   EARS: normal.
   NOSE: normal.
   ORAL CAVITY: mucosa moist, no lesions.
   THROAT: normal, no erythema, no exudate, uvula midline.
   NECK/THYROID: neck supple, full range of motion, no carotid bruit, no jugular venous distention, trachea midline.
   LYMPH NODES: no lymphadenopathy noted.
   SKIN: no rashes noted, no suspicious lesions noted.
   HEART: no rubs or gallops, no S3, S4, point of maximal impulse normal, regular rate and rhythm, S1, S2 normal, grade 1/6 systolic murmur at left sternal border.
   LUNGS: clear to auscultation bilaterally.
   ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
   EXTREMITIES: no clubbing, cyanosis, or edema.
   NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

BOADA OLIVEROS, Alejandro **DOB:** 07/21/1976 (45 yo M) **Acc No.** 21269 **DOS:** 10/05/2021

General/Constitutional:
  Chills denies. Fatigue denies. Fever denies. Headache denies. Weight gain denies. Weight loss denies.
HEENT:
  Denies Dry mouth. Denies Nosebleed. Denies Snoring.
Endocrine:
  Denies Dizziness. Denies Excessive thirst. Denies Frequent urination.
Respiratory:
  Denies Cough. Denies Pain with inspiration. Denies Shortness of breath.
Cardiovascular:
  Denies Chest pain. Denies Difficulty laying flat. Denies Dizziness. Denies Dyspnea on exertion. Denies Palpitations. Denies Shortness of breath. Denies Weakness.
Gastrointestinal:
  Denies Abdominal pain. Denies Constipation. Denies Diarrhea. Denies Heartburn. Denies Nausea. Denies Vomiting.
Hematology:
  Denies Bleeding problems. Denies Easy bruising. Denies Recent transfusion.
Genitourinary:
  Denies Frequent urination. Denies Kidney problems.
Musculoskeletal:
  Denies Leg cramps. Denies Painful joints. Denies Swollen joints.
Skin:
  Denies Discoloration. Denies Hair changes. Denies Itching.
Neurologic:
  Denies Dizziness. Denies Fainting. Denies Loss of strength. Denies Tingling/Numbness.
Psychiatric:
  Denies Anxiety. Denies Depressed mood. Denies Stressors.

**Assessments**
1. Essential (primary) hypertension - I10 (Primary)
2. History of tobacco use - Z87.891
3. Abnormal EKG - R94.31
4. Family history of diabetes mellitus - Z83.3
5. Obesity, morbid, BMI 40.0-49.9 - E66.01
6. Body mass index (BMI) of 37.0-37.9 in adult - Z68.37
7. Other obesity due to excess calories - E66.09
8. Murmur, cardiac - R01.1

**Treatment**
**1. Essential (primary) hypertension**
Continue amLODIPine Besylate Tablet, 10 mg, 1 tablet, Orally, Once a day
Increase Losartan Potassium Tablet, 100 MG, 1 tablet, Orally, Once a day, 90 days, 90, Refills 0
  IMAGING: Electrocardiogram (EKG)
  IMAGING: Exercise Stress Nuclear Test
  IMAGING: Holter Test
Notes: An ekg needs to be done to check for ischemia, arrhythmia, or change from prior., A 24 hour holter needs to be performed in order to determine if cardiac dysrhythmias are causing the patients symptoms, as well as to determine the frequency, severity, and duration., Typical Angina: Substernal chest pain or discomfort that is provoked by exertion or emotional stress and relieved by rest and/or nitroglycerin. Based on the patient's age, gender, and the character of the chest pain there is a high probability of CAD.

**2. Murmur, cardiac**
  IMAGING: Echo doppler exam
Notes: Evaluation for complaints of shortness of breath on exertion and to assess left ventricular function and valvular function. Systolic murmur suggestive of positive valve malfunction therefore will order an Echocardiogram with doppler to determine any significant valvulopathy or wall motion abnormality, as well as to assess ventricular function, and intracavitary dimensions.

**Preventive Medicine**
I discussed the diagnostic treatment plan and answered all questions with this patient. I have counseled the patient in one or more of the following areas: Exercise and weight loss, Diet modifications, Diagnostic results, Review of self-management skills, Monitoring and use of glycemic results, Insulin pharmacokinetics, Basal insulin adjustment and treatment options. Patient was screened for an Annual depression screening. Time spent in counseling: 20 minutes. The patient was encouraged to adhere to a cholesterol lowering diet. Appropriate and helpful literature was provided to the patient. Patients with a cardiac history or more than 2 risk factors for heart disease should keep HDL above 40 and LDL below 100. A salt restricted diet was encouraged. All medications were reviewed/reconciled and confirmed with the patient. I have

BOADA OLIVEROS, Alejandro **DOB:** 07/21/1976 (45 yo M) **Acc No.** 21269 **DOS:** 10/05/2021

recommended that the patient engage in a regular program of aerobic exercise. The patient has been advised to continue taking the same medications and doses. Thank you for allowing me to participate in the care of your patient. If you have any questions please do not hesitate to contact me.

**Procedure Codes**
93000 -ELECTROCARDIOGRAM, COMPLETE, Modifiers: 59

**Follow Up**
4 Weeks



**Electronically signed by Louis Fernandez , MD on 10/07/2021 at 03:17 PM EDT**

**Sign off status: Completed**

Institute For Cardiovascular Disease Pa
2301 NW 87TH AVE
STE 502
DORAL, FL 33172-2411
Tel: 305-558-3300
Fax: 305-558-5775

Progress Note: Louis A. Fernandez, MD,FACC,FACP   10/05/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



# Institute For Cardiovascular Disease

October 14 , 2021

Re: Boada Oliveros, Alejandro
D.O.B: 07/21/1976

To whom it may concern,

Patient is currently under our care and is still pending examination to be completed in the following weeks.

If you have any questions, please do not hesitate to call our office at (305)558-3300.

_____
Louis A. Fernandez, M.D., F.A.C.P., F.A.C.C.
LAF/JF

**Medical History**
Hypertension
CORONAVIRUS INFECTION

**Surgical History**
Left lung nodule

Exposure to Outside Sources: None

**Allergies**
NKDA

**Social History**
Tobacco: Never smoker
Alcohol: Denies Usage
Drug: Denies Usage

**Current Medications**
amLODIPine Besy-Benazepril HCl 10-20 MG Oral Capsule: 1 Capsule(s) daily
Lisinopril 10 MG Oral Tablet: 2 Tablet(s) daily
ProAir HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution: 2 puff 4 times a day as needed , Start 08/18/2021, Qty 1 Inhaler(s) For 30 Day(s) Refill 2
Singulair 10 MG Oral Tablet: 1 Tablet(s) daily AT 7PM, Start 08/18/2021, Qty 30 Tablet(s) For 30 Day(s) Refill 2
  Pets:

**Physical Exam**
**General**
 (Deferred) Appearance: Demeanor: Awake, Alert, In No Distress
**HEENT**
Nose & Paranasal Sinuses: Mucosa and Septum: Nasal Mucosa is Clear and Free of Polyps:[And Abnormal Secretions]
Mouth & Throat: Pharynx: Posterior Pharynx is Not Enflamed
**Neck**
Neck: Surface: Supple, Negative JVD; Lymph Nodes: Negative Lymphadenopathy
Thyroid: Gland Characteristics: Negative Thyromegaly
**Respiratory:** Normal
**Cardiovascular:** Normal
**Abdominal**
Palpation/Percussion: Rigidity: Non Tender, Soft, No Rebound; Organomegaly: No Organomegaly
Auscultation: Bowel Sounds: Normoactive
**Extremities**
Inspection: Observation: No Clubbing, No Cyanosis, No Edema, No Calf Tenderness; Tests: No Homans Signs

**Procedures**
OXIMETRY (CPT-94760), Units: 1.

**Diagnoses**
Asthma - J45.909, Primary diagnosis
Shortness of breath - R06.02, Secondary diagnosis
Obstructive sleep apnea (adult) (pediatric) - G47.33, Established diagnosis
   NEGATIVE AHI 1

   PATIENT IS STILL EXPERIENCING SYMPTOMS
Essential (primary) hypertension - I10, Established diagnosis

## South Florida Pulmonary and Critical Care Associates
3181 Coral Way
Coral Gables FL, 33145

September 29, 2021
PCP:


Thank you for referring your patient, ALEJANDRO BOADA, DOB: 07/21/1976 to my office. I know you are familiar with the patient's history, but let me repeat it for our records.

**Vital Signs**
Weight 265 lbs Height 5' 10", BMI 38.02 kg/m sq, Temp 97.70 F, Pulse 73 b/m , Respiration 17 b/m, BP 155/102 mm/Hg SAO2 97%


**CC:** OSA LIKE SYMPTOMS, Sleep Study Results, Cough and Shortness of Breath
**HPI**
A 45 year old male patient presents with Cough. Pattern of condition is persistent. Symptom is active. Severity of condition is moderate.

In addition he presents with Shortness of Breath. Pattern of condition is persistent. Symptom is active. Severity of condition is moderate.

In addition he presents with OSA LIKE SYMPTOMS and Sleep Study Results.


**Review of Systems**
**General:**
Denies Fever , Chills , Night Sweats and Weight Loss
**Skin:**
Denies Change in Color , Rash , Itching , Bruising , Moles and Edema
**Musculoskeletal:**
Denies Myalgia , Arthralgia , Joint Swelling , Clubbing , Fractures , Dislocations and Deformities
**HEENT:**
Denies Trauma , Tinnitus , Vertigo , Deafness , Ear Pain , Epistaxis , Sore Throat , Postnasal Drip and Nasal Congestion
**Hemolymphopoiectic:**
Denies Anemia , Bleeding Disorders , Nodes Enlargement and Suppuration
**Respiratory:**
Admits Shortness of Breath and Coughing
Denies Wheezing , Sputum Production , Hemoptysis , Stridor and Hoarseness
**Cardiovascular:**
Denies Chest Pain/Tightness , Palpitations , Dyspnea/Orthonpnea and Phlebitis
**Gastrointestinal:**
Denies Nausea , Vomiting , Diarrhea , Constipation , Hematemesis , Hematochezia , Melena , Acholia , Change in Bowel Habits , Jaundice , Weight Loss/Gain , Colic Pain and GERD
**Genitourinary:**
Denies Dysuria , Polychiuria , Urgency , Hematuria , Choluria , Flank Pain and Stones
**Endocrine-Metabolism:**
Denies Goiter , Heat/Cold , Tremor , Polyuria , Polydipsia , Polyphagia and Weight Change
**Neurological:**
Denies Focalization , AMS , Headaches , Dizziness , Seizures and Visual Disturbances
**Sleep:**
Admits Daytime Sleepiness , Loud Snoring , Breathing Pauses and Xerostomia
Denies Daytime Tiredness , Falling Asleep while Driving , Observed Pauses in Breathing , Awaking Short of Breath , Gasps , Snorting , Leg or Body Jerks , Teeth Grinding , Nighttime Urination , Not Refreshed Upon Morning Awakening , Dry Mouth Upon Morning Awakening and Insomnia
**Psychiatric History:**
Denies Depression , Anxiety , Suicidality and Homicidality

<u>Coronavirus infection, unspecified</u> - B34.2, Established diagnosis
   STATUS POST COVID INFECTION (MARCH 2020)
   PATIENT RECEIVED BOTH DOSES OF COVID-19 VACCINE (PFIZER)
<u>Benign neoplasm of unspecified bronchus and lung</u> - D14.30, Established diagnosis
   STATUS POST VATS 2019 OF LEFT LUNG AT PALMETTO HOSPITAL

**Recommendations:**
1. PROAIR HFA 2 PUFFS PRN
2. SINGULAIR 10 MG T PO QD AT 7 PM

**Meter Does Inhalation:**
We have gone over the meter dose inhalation techniques.
**Inhaler Use:**
We have asked the patient to rinse their mouth after the use of the inhaler and the potential side effects - dysphonia, thrush - were explained to the patient.

**Patient Education**
Patient verbalizes understanding for Sleep apnea.

**FOLLOW UP IN 2 MONTHS**
Thank you for referring your patient to my office.

Sincerely,

_____
Jorge Sanchez-Masiques, MD, FCCP


Electronically signed by Dr. Sanchez-Masiques, Jorge on Wednesday, September 29, 2021 at 10:33 AM